UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**ZOOM Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

**CASE NO.** CR 19-4446 KWR          **DATE:** 3/1/2021

**TITLE:** *USA v. Harrison Davis*

**COURTROOM CLERK:** C. Bevel          **COURT REPORTER:**   J. Goehl

**COURT IN SESSION:** 2:48PM-2:51PM          **TOTAL TIME:** 3 MINUTES

**TYPE OF PROCEEDING:** 31 Unopposed MOTION to Continue *Trial Setting of March 8, 2021*

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**
 Frederick T. Mendenhall, III                 Sylvia Biaz

**PROCEEDINGS:**

2:48pm     Court in session, counsel enter appearances, all counsel and defendant appearing via zoom. Court set hearing on motion to continue due to age of case.

2:49pm     Ms. Baiz response, defendant resides on a reservation, defendant has received 1st vaccination and will receive the 2nd in three weeks. Request 30 to 45 days.

2:49pm     Mr. Mendenhall agrees with continuance.

2:50pm     Court will grant continuance and trial will be reset.

2:51pm     Court in recess.