FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 19-cr-4446 KWR |
| ) | |
| **HARRISON DAVIS,** ) | |
| ) | |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

On or about July 1, 2018, in Indian Country, in McKinley County, in the District of New Mexico, the Defendant, **HARRISON DAVIS,** an Indian, unlawfully killed John Doe, by operating a motor vehicle without due caution and circumspection and with a wanton and reckless disregard for human life when he knew or should have known that his conduct imperiled the lives of others, and while in the commission of an unlawful act not amounting to a felony, that is while driving a vehicle under the influence of intoxicating liquor, N.M. Stat. Ann. § 66-8-102(A).

In violation of 18 U.S.C. § 1153 and 1112.

FRED FEDERICI
Acting United States Attorney

*[signature]*

FREDERICK MENDENHALL
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87102
(505) 346-7274