# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 19-CR-4446 KWR | UNITED STATES vs. Davis |
|---|---|

**Before The Honorable John F. Robbenhaar, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | 05/10/2021 | Time In and Out: | 1:58 p.m. - 2:25 p.m. |
| Clerk: | K. Hernandez de Sepulveda | Digital Recording: | [Select Digital Audio] ABQ Zoom |
| Defendant: | Harrison Davis | Defendant's Counsel: | Sylvia Baiz |
| AUSA: | Frederick Mendenhall, III | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn             ☐ First Appearance
☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
☒ Deft acknowledges receipt of:   **Information**
☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
☒ Terms and conditions of proposed plea agreement explained.   ☒ Defendant indicates understanding of its terms.
☒ Factual predicate to sustain the plea provided.
☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
☒ Deft pleads GUILTY to:   **Information**
☒ Allocution by Deft on elements of charge(s).
☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
☒ Deft adjudged guilty.
☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
☒ Sentencing Date:   **to be notified**
☐ Defendant to Remain in Custody
☒ Present conditions of release continued     ☐ Conditions changed to:
☒ Penalty for failure to appear explained
☒ Presentence Report Ordered     ☐ Expedited (Type III)

Other Matters:  Defendant waives personal presence at hearing/Court accepts Defendant's waiver; Court inquires as to why this hearing should be held at this time; Defense counsel and Government respond; Court makes findings as to why this hearing was held at this time.
Defense requsts defendant remain on conditions of release pending sentencing; government does not object.