IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.	Case No. 19-CR-4446 KWR

HARRISON DAVIS,

        Defendant.

## UNOPPOSED MOTION TO CONTINUE SENTENCING SETTING

COMES NOW the Defendant, by and through his attorney of record, Sylvia A. Baiz, Assistant Federal Public Defender, and moves this Court for an order continuing the sentencing setting of August 16, 2021, as grounds states:

1. Mr. Davis entered a plea agreement in this matter on May 10, 2021.

2. This case is set for sentencing hearing on August 16, 2021.

3. The presentence report was disclosed on July 8, 2021.

4. Defense counsel will be out of the district from July 29, 2021 through August 9, 2021. Counsel is awaiting supporting documents in regards to the sentencing memorandum. Once received, counsel will need additional time to prepare the sentencing memorandum.

5. There has been no previous continuance in this matter.

6. Assistant United States Attorney Frederick Mendenhall does not oppose continuing the August 16, 2021 sentencing setting, and associated deadlines, in this matter as requested.

7. Pursuant to 18 U.S.C. §3161(h)(7)(A), the period of delay resulting from this continuance serves the ends of justice and this continuance outweighs the best interest of the public and the defendant in a resolution of this matter.

WHEREFORE, the Defendant respectfully request that the Court grant a continuance of the sentencing setting of August 16, 2021 for a period of sixty (60) days or to the convenience of the Court.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489

[*Electronically filed 8-06-21*]
Sylvia A. Baiz
Attorney for Defendant