IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 19-4446 KWR |
| ) | |
| **HARRISON DAVIS**, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' MOTION TO DISMISS THE INDICTMENT PURSUANT TO PLEA AGREEMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves to dismiss the Indictment, Doc. 2, as to Defendant Harrison Davis. As grounds, the United States asserts that such dismissal is warranted pursuant to the terms and conditions of the Plea Agreement, Doc. 41. Davis does not oppose the relief requested herein.

WHEREFORE, the United States respectfully requests this Motion be granted and that the Court dismiss the Indictment. Doc. 2.

Respectfully submitted:
FRED FEDERICI
United States Attorney

*/s/*
FREDERICK T. MENDENHALL
Assistant United States Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 224-1419

I hereby certify that a copy of this
motion was delivered via CM/ECF
to counsel for defendant.
 *filed electronically*